IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | Case No. 3:18-CR-175 (1) |
| vs. | : | HONORABLE WALTER H. RICE |
| Stanberry, David | : | |
| Defendant | : | |

## ORDER AMENDING BOND CONDITIONS

For good cause shown, the Court hereby amends the bond conditions filed in this matter on November 20, 2018 and adds the following condition:

1. *The defendant must participate in mental health treatment as directed by the Pretrial Services Officer.*
2. *Location Monitoring restriction status reduced to Curfew: You are restricted to your residence every day as directed by the United States Pretrial Services Office or supervising officer.*

All other bond conditions remain in full force and effect.

Date: 3/21/2019

HONORABLE WALTER H. RICE
UNITED STATES DISTRICT JUDGE